SCHWARTZ, Senior Judge.
 

 Rejecting the holding of
 
 Shelton v. Sec’y, Dep’t of Corrs.,
 
 802 F.Supp.2d 1289 (M.D.Fla.2011) and
 
 State v. Washington,
 
 No. F11-11019 (Fla. 11th Cir.Ct. Aug. 17, 2011), we hold, as we explicitly did in
 
 Taylor v. State,
 
 929 So.2d 665 (Fla. 3d DCA 2006)
 
 [1]
 
 , that section 893.13, as
 
 *723
 
 amended by section 893.101, Florida Statutes (2002), is constitutional. Accord, e.g.
 
 Parker v. State,
 
 77 So.3d 707, 2011 WL 5375081 (Fla. 3d DCA 2011) (per curiam affirmance citing Taylor);
 
 Holcy v. State,
 
 — So.3d -, 2011 WL 5299328 (Fla. 5th DCA 2011) (per curiam affirmance citing
 
 Flagg); Edwards v. State,
 
 77 So.3d 676, 2011 WL 5061344 (Fla. 3d DCA 2011) (per curiam affirmance citing Taylor);
 
 Flagg v. State,
 
 74 So.3d 138 (Fla. 1st DCA 2011);
 
 Johnson v. State,
 
 37 So.3d 975 (Fla. 1st DCA 2010), rev. denied 51 So.3d 465 (Fla.2010);
 
 Miller v. State,
 
 35 So.3d 162 (Fla. 4th DCA 2010);
 
 Harris v. State,
 
 932 So.2d 551 (Fla. 1st DCA 2006);
 
 Tolbert v. State,
 
 925 So.2d 1148 (Fla. 4th DCA 2006);
 
 Smith v. State,
 
 901 So.2d 1000 (Fla. 4th DCA 2005);
 
 Burnette v. State,
 
 901 So.2d 925 (Fla. 2d DCA 2005);
 
 Wright v. State,
 
 920 So.2d 21 (Fla. 4th DCA 2005). Accordingly, the order under review denying postconviction relief is
 

 Affirmed.
 

 [1]
 

 . Taylor states:
 

 The defendant was convicted of possession of cocaine. We reject his primary contention for reversal that section 893.101, Florida Statutes (2003), which overruled
 
 Chicone v. State,
 
 684 So.2d 736 (Fla.1996), and eliminated knowledge of the unlawful nature of the offending substance as an element of the crime, is unconstitutional. As was correctly held in
 
 Tolbert v. State,
 
 925 So.2d 1148 (Fla. 4th DCA, 2006),
 
 Wright v. State,
 
 920 So.2d 21 (Fla. 4th DCA 2005),
 
 *723
 
 review denied, 915 So.2d 1198 (Fla.2005),
 
 Smith v. State,
 
 901 So.2d 1000 (Fla. 4th DCA 2005), review denied, 928 So.2d 336 (Fla.2006), and
 
 Burnette v. State,
 
 901 So.2d 925 (Fla. 2d DCA 2005), however, it is not.
 

 929 So.2d at 665.